UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADISON MCPHERSON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JURUPA UNIFIED SCHOOL DISTRICT, et al., <br><br> Defendants. | Case No. 5:25-cv-02362- SSS (SPx) <br><br> **ORDER GRANTING JOINT STIPULATION TO SET PLAINTIFFS' DEADLINE TO FILE A FIRST AMENDED COMPLAINT AND DEFENDANTS' RESPONSIVE PLEADING DEADLINE** <br><br> **(Doc. # 25)** |

On October 24, 2025, Plaintiffs Madison McPherson; A.M., a minor by and through her guardian ad litem, Saul Ruiz; Maribel Munoz, individually; H.H., a minor by and through her guardian ad litem, Aiysha Hazameh; and Hanan Hazameh, individually ("Plaintiffs"), and Defendants California Department of Education ("CDE"), California Interscholastic Federation ("CIF") and Jurupa Unified School District ("JUSD") (collectively, "Defendants") filed a Stipulation to allow Plaintiffs to file a First Amended Complaint and to set responsive pleading deadlines, pursuant to Federal Rule of Civil Procedure 15(a)(2), Local Rules and Section III.C. of the Civil Standing Order. As of the date of the Stipulation, no responsive pleadings have been filed in the case. Pursuant to the Stipulation, Plaintiffs will file the First Amended Complaint on or before November 12, 2025,

and Defendants will file responsive pleadings on or before December 12, 2025. The Stipulation does not constitute a waiver of any claim, right, or defense.

      The Court, having considered the parties' stipulation, hereby GRANTS the Stipulation and ORDERS as follows:

1. Plaintiffs shall file and serve a First Amended Complaint on or before November 12, 2025;
2. Plaintiffs shall file contemporaneously therewith a Notice of Lodging to the First Amended Complaint that provides the Court and the parties with a redline version that shows the amendments. Plaintiffs shall also provide an additional copy of this redlined version to Chambers by email to SSS_Chambers@caed.uscourts.gov on the same day it is electronically filed;
3. Defendants' responsive pleadings will be due on or before December 12, 2025; and
4. The parties' stipulation does not constitute a waiver of any claim, right, or defense to the original complaint nor to the forthcoming First Amended Complaint.

IT IS SO ORDERED.

Dated: October 28, 2025

                                              SUNSHINE S. SYKES
                                              United States District Judge