IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADISON MCPHERSON, an individual, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JURUPA UNIFIED SCHOOL DISTRICT, et al.,<br><br>Defendants. | Case No. 5:25-cv-02362-SSS (SPx)<br><br>**ORDER GRANTING STIPULATION RE PLAINTIFFS' PRAYERS FOR RELIEF IN THE FIRST AMENDED COMPLAINT**<br><br>**(Doc. # 34)**<br><br>Judge:         The Honorable Sunshine S. Sykes<br>Trial Date:    Not set<br>Action Filed: 9/09/2025 |

On January 9, 2026, Plaintiffs Madison McPherson; A.M., a minor by and through her guardian ad litem, Saul Ruiz; Maribel Munoz, individually; H.H., a minor by and through her guardian ad litem, Aiysha Hazmeh; and Hanan Hazameh, individually (collectively, Plaintiffs), and Defendants California Department of Education (CDE) and California Interscholastic Federation (CIF) filed a Stipulation re Plaintiffs' Prayers for Relief in the action (hereinafter, Stipulation). ECF No. 34.

The Stipulation states that Plaintiffs stipulate and agree to withdraw all prayers for injunctive relief with respect to all claims alleged in the FAC against CDE and

CIF and to withdraw their prayers for punitive damages as to the Title IX claims alleged in the FAC against CDE and CIF.  ECF No. 34 at ¶¶ 5–8; *id.* at p. 3, ¶¶ 1–3.

The Stipulation also states that, in furtherance of the Stipulation, Plaintiffs stipulate and agree to strike from the FAC the following allegations in their FAC: in paragraph 41, the text "and will again be competing in track and field in the upcoming track and field season" and in paragraph 279, the text "Additionally, H.H. plans to participate in the upcoming track and field season[.]"  ECF No. 34 at ¶ 9.

Plaintiffs' counsel confirmed Plaintiffs' positions in writing to counsel for CDE and CIF.  ECF No. 34 at ¶¶ 6–7, Ex. A.

Having considered the Stipulation and finding good cause, the Court hereby GRANTS the Stipulation and ORDERS as follows:

1. The Court hereby strikes from the FAC Plaintiffs' prayers for injunctive relief with respect to all claims alleged in the FAC against CDE and CIF.
2. The Court hereby strikes from the FAC Plaintiffs' prayers for punitive damages as to the Title IX claims alleged in the FAC against CDE and CIF; and
3. The Court hereby strikes from the FAC the allegation in paragraph 41 that states "and will again be competing in track and field in the upcoming track and field season," and the allegation in paragraph 279 that states "Additionally, H.H. plans to participate in the upcoming track and field season[.]"

IT IS SO ORDERED.

Dated: January 15, 2026

_____
SUNSHINE S. SYKES
United States District Judge