## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA



MADISON MCPHERSON, an individual; A.M., a minor by and through her mother and natural guardian MARIBEL MUNOZ, individually; H.H., a minor by and through her mother and natural guardian, HANAN HAZAMEH, individually;

Plaintiff(s)

v.

JURUPA UNIFIED SCHOOL DISTRICT; CALIFORNIA INTERSCHOLASTIC FEDERATION; and CALIFORNIA DEPARTMENT OF EDUCATION;

Defendant(s)

Case No.: 5:25-cv-02362-SSS (SPx)

**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO FILE MOTION TO RECONSIDER AND SECOND AMENDED COMPLAINT**

**NOTE CHANGES MADE BY COURT**

Pursuant to the parties' stipulation and for good cause shown, the Court hereby **ORDERS** that: (1) the deadline to file a motion for reconsideration is extended from May 22, 2026, to June 5, 2026; (2) the deadline to file a Second Amended Complaint is extended from May 29, 2026, to June 12, 2026; (3) the deadline for Defendants' opposition to any motion for reconsideration is extended by one additional week; and

(4) the deadline for Defendants' responsive pleadings to any amended complaint is extended by one additional week.

Plaintiffs are further DIRECTED to file contemporaneously therewith a Notice of Lodging to the Second Amended Complaint that provides the Court with a redline version that shows the amendments.  An additional copy of this redlined version must be provided to Chambers by email at SSS_Chambers@cacd.uscourts.gov on the same day it is filed electronically.

**IT IS SO ORDERED**:

Dated: May 20, 2026

_____
Honorable Sunshine S. Sykes
U.S.  District Judge

2
ORDER