**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MADISON MCPHERSON, an individual; A.M., a minor by and through her mother and natural guardian MARIBEL MUNOZ, individually; H.H., a minor by and through her mother and natural guardian, HANAN HAZAMEH, individually;<br><br>Plaintiff(s)<br><br>v.<br><br>JURUPA UNIFIED SCHOOL DISTRICT; CALIFORNIA INTERSCHOLASTIC FEDERATION; and CALIFORNIA DEPARTMENT OF EDUCATION;<br><br>Defendant(s) | Case No.: 5:25-cv-02362-SSS (SPx)<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO FILE SECOND AMENDED COMPLAINT**<br><br>**NOTE CHANGES MADE BY COURT** |

Pursuant to the parties' stipulation and for good cause shown, the Court hereby **ORDERS** that: (1) the deadline to file a second amended complaint is extended from June 12, 2026, to August 7, 2026; and (2) the deadline for Defendants' responsive pleadings to any amended complaint is extended to August 28, 2026.

Plaintiff is further **DIRECTED** to file contemporaneously therewith a Notice of Lodging to the  second amended complaint that provides the Court with a redline version that shows the amendments.  An additional copy of this redlined version must

be provided to Chambers by email at SSS_Chambers@cacd.uscourts.gov on the same day it is filed electronically.

**IT IS SO ORDERED**:

Dated: June 18, 2026

Honorable Sunshine S. Sykes
U.S. District Judge