# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

MADISON MCPHERSON, an individual; A.M., a minor by and through her mother and natural guardian MARIBEL MUNOZ, individually; H.H., a minor by and through her mother and natural guardian, HANAN HAZAMEH, individually;

Plaintiff(s)

v.

JURUPA UNIFIED SCHOOL DISTRICT; CALIFORNIA INTERSCHOLASTIC FEDERATION; and CALIFORNIA DEPARTMENT OF EDUCATION;

Defendant(s)

Case No.: 5:25-cv-02362-SSS (SPx)

**ORDER GRANTING SECOND JOINT STIPULATION TO EXTEND TIME TO FILE SECOND AMENDED COMPLAINT**

Pursuant to the parties' stipulation and for good cause shown, the Court hereby **ORDERS** that: (1) the deadline to file a second amended complaint is extended from August 7, 2026, to September 11, 2026; and (2) the deadline for Defendants' responsive pleadings to any amended complaint is extended to October 2, 2026.

**IT IS SO ORDERED**:

Dated: August 10, 2026

Sunshine S. Sykes
U.S. District Judge